# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2890
_____

United States of America

*Plaintiff - Appellee*

v.

Robert J. Thomas, Jr.

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: March 3, 2021
Filed: March 16, 2021
[Unpublished]
_____

Before BENTON, MELLOY, and KELLY, Circuit Judges.
_____

PER CURIAM.

Robert Thomas appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense and a firearm offense, pursuant to a plea agreement

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

containing an appeal waiver. His counsel seeks leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), discussing whether the sentence was substantively unreasonable.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (this court reviews de novo validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of the waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).

Having independently reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal, and grant counsel leave to withdraw.

_____